IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIOS D. PAPACHRISTOU,

    Defendant.

Criminal No. 18-084
ELECTRONICALLY FILED

### ORDER TERMINATING SUPERVISED RELEASE

**AND NOW,** this 12th day of January 2022, upon consideration of Defendant's *pro se* motion for early termination of his term of supervised release (ECF 41), the Government's Response to same indicating it had no objection to said early termination (ECF 43), more than one year has expired since Defendant's term of supervised release commenced, and given that this Court is wholly satisfied that Defendant has met all of the goals of supervision, and that such action is warranted by the conduct of Defendant and that the interests of justice will be served, IT IS HEREBY ORDERED that Defendant's term of supervised release is TERMINATED.

**SO ORDERED** this 13th day of January, 2022.

s/ Arthur J. Schwab
United States District Judge

cc:    All counsel of record and
       Marios Papachristou
       229 Faulk Drive
       Warrendale, PA 15086